# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**CHARLENE HUXTABLE, et al.,**

      **Plaintiffs,**

**-vs-**        **Case No. 3-:05-CV-227**

**PRIMARY FINANCIAL SERVICES, LLC, et al.,**

       **Judge Thomas M. Rose**

      **Defendants.**

___

## ORDER OF DISMISSAL: TERMINATION ENTRY
___

The Court has been advised by counsel for the Parties that the above captioned matter has been settled. Therefore, IT IS ORDERED that this action is hereby DISMISSED with prejudice as to the Parties, provided that any of the Parties may, upon good cause shown within sixty (60) days, reopen this action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Insurance Company of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. This Court will retain jurisdiction to enforce the terms of the settlement between the Parties, if necessary.

**DONE** and **ORDERED** in Dayton, Ohio, this Sixth day of February, 2006.

      s/Thomas M. Rose

      _____
      THOMAS M. ROSE
      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record